# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE F. BALLARD,<br><br>     Plaintiff,<br><br>v.<br><br>KATHRYN A. MILLER, in her capacity as Personal Representative of the Estate of Robert G. Miller,<br><br>     Defendant. | CASE NO. 4:23-CV-03184-KAW<br><br>JUDGE: HON. KANDIS A. WESTMORE<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 27, 2023<br>Trial Date: None Set |

-2-

Pursuant to the Stipulation for Dismissal with Prejudice of Plaintiff Arlene F. Ballard ("Ms. Ballard") and Defendant Kathryn A. Miller, in her capacity as Personal Representative of the Estate of Robert G. Miller ("Ms. Miller"), and for good cause appearing,

IT IS HEREBY ORDERED dismissing with prejudice *Plaintiff's Complaint for Damages and Declaratory Relief*, filed by Ms. Ballard against Ms. Miller [Dkt. No. 1], with each of the parties to bear their own attorneys' fees and costs.

DATED this 13th day of February 2026.

_____
Honorable Kandis A. Westmore
United States Magistrate Judge